UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRYAN KEITH SHOUSE,             :     Case No. 1:16-cv-395
                                :
        Plaintiff,              :     Judge Timothy S. Black
vs.                             :     Magistrate Judge Stephanie K. Bowman
                                :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
        Defendant.              :

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 17) AND TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court, and, on July 20, 2017,

submitted a Report and Recommendations.  (Doc. 17).  No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in its

entirety.  Accordingly:

1.      The Report and Recommendations (Doc. 17) is **ADOPTED**;

2.      The Commissioner's decision is **AFFIRMED**; and

3.    The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:    9/11/17

Timothy S. Black
United States District Judge